UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Andrea Monique Greene

Case No.: _____26-17698_____

Chapter: _____7_____

Judge: _____Hon. JNP, Jr._____

## NOTICE OF PROPOSED ABANDONMENT

_____Maureen P. Steady_____ , ____Chapter 7 Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> U.S. Bankruptcy Court
> District of New Jersey
> P.O. Box 2067
> Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslsuny, Jr._____ on _____09/08/2026_____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property: 48 Holly Glen Drive
> Pitman, New Jersey  08234
>
> $184,500.00

> Liens on property:
>
> $129,304.00 (mortgage)
> $25,188.00 (HELOC)

> Amount of equity claimed as exempt:  $29,856.00

Objections must be served on, and requests for additional information directed to:

Name:  Maureen P. Steady, Chapter 7 Trustee

Address:  2 Kings Highway West, Suite 102, Haddonfield, NJ 08033

Telephone No.: 856-428-1060

*rev.8/1/15*