UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:          26-17698

Andrea Monique Greene                           Chapter:             7

                                                Judge:          Hon. JNP, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

_____Maureen P. Steady_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| U.S. Bankruptcy Court<br>District of New Jersey<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable ____Jerrold N. Poslsuny, Jr.____ on ____09/08/2026____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 48 Holly Glen Drive<br>Pitman, New Jersey  08234<br><br>$184,500.00 |
|---|---|

| Liens on property: |
|---|
| $129,304.00 (mortgage)<br>$25,188.00 (HELOC) |

| Amount of equity claimed as exempt:  $29,856.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:        Maureen P. Steady, Chapter 7 Trustee

Address:     2 Kings Highway West, Suite 102, Haddonfield, NJ 08033

Telephone No.: 856-428-1060

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-17698-JNP

Andrea Monique Greene                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                       Page 1 of 2

Date Rcvd: Aug 11, 2026                 Form ID: pdf905                    Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Andrea Monique Greene, 48 Holly Glen Dr, Pitman, NJ 08071-1273 |
| 521275976 | | Best Egg Services LLC, Attn: Bankruptcy, 3419 Silverside Rd, Wilmington, DE 19810-4801 |
| 521275977 | | Borough of Pitman, 110 S Broadway, Pitman, NJ 08071-2217 |
| 521275980 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521275984 | | Edfinancial Services, Attn: Bankruptcy, 1271 Market St, Dayton, TN 37321-1262 |
| 521275990 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521275994 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2026 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2026 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521275974 | | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 21:36:15 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521275975 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 11 2026 21:28:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521275981 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2026 21:28:00 | Citizens Bank N.A., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 521275978 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 21:36:26 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521275979 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2026 21:36:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521275982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2026 21:28:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521275983 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2026 21:36:27 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521275985 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 11 2026 21:28:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 521275986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 11 2026 21:28:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521275989 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 11 2026 21:28:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |

District/off: 0312-1                                    User: admin                                        Page 2 of 2
Date Rcvd: Aug 11, 2026                          Form ID: pdf905                                Total Noticed: 25

| 521275987 | + Email/Text: bankruptcynotice@sjindustries.com | Aug 11 2026 21:28:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521275988 | ^ MEBN | Aug 11 2026 21:25:40 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521275991 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2026 21:36:13 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521275992 | Email/Text: bncmail@w-legal.com | Aug 11 2026 21:28:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 521275993 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2026 21:28:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 521275995 | Email/Text: edbknotices@ecmc.org | Aug 11 2026 21:28:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Maureen P. Steady | trustee@kurtzmansteady.com mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Michael I. Assad | on behalf of Debtor Andrea Monique Greene mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3