Certificate Number: 13861-NJ-DE-041292455

Bankruptcy Case Number: 26-17698

13861-NJ-DE-041292455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2026, at 4:03 o'clock PM PDT, Andrea Monique Greene completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 5, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor